No. 00–260. AIR LINE PILOTS ASSN., INTERNATIONAL v. NORTHWEST AIRLINES, INC. C. A. D. C. Cir. Certiorari denied.

No. 00–270. DALEY ET AL. v. CLUB MISTY, INC., DBA TEQUILA ROADHOUSE, ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–281. PATENAUDE ET AL. v. OWENS-ILLINOIS, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–297. LIVINGSTON DOWNS RACING ASSN., INC. v. LOUI-SIANA STATE RACING COMMISSION. Ct. App. La., 4th Cir. Certiorari denied.

No. 00–299. MITTEN v. LACHAPELLE ET AL. Ct. App. Minn. Certiorari denied.

No. 00–309. SYRACUSE EXPLORATION CO. v. NORTHBROOK PROPERTY & CASUALTY INSURANCE CO. C. A. 3d Cir. Certiorari denied.

No. 00–313. ADKINS ET UX. v. UNCLE BART'S INC., DBA UNCLE BART'S CLUB, ET AL. Sup. Ct. Utah. Certiorari denied.

No. 00–323. CITY OF MCALESTER ET AL. v. PITTSBURG COUNTY RURAL WATER DISTRICT No. 7 ET AL.; and
No. 00–490. PITTSBURG COUNTY RURAL WATER DISTRICT No. 7 v. CITY OF MCALESTER ET AL. C. A. 10th Cir. Certiorari denied. Reported below: 211 F. 3d 1279.

No. 00–406. BOARD OF EDUCATION OF CENTRAL COMMUNITY UNIT SCHOOL DISTRICT 301 v. SCIONTI. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 00–418. WILDENSTEIN & CO., INC. v. MICHAELS. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–419. BOYANOWSKI ET UX. v. CAPITAL AREA INTER-MEDIATE UNIT ET AL. C. A. 3d Cir. Certiorari denied.